■ BARBARA KAM, an Infant, by Her Guardian ad Litem, LEAH KAM, et al., Appellants, v. NORTON BLANK, Respondent, et al., Defendant.—Motion by respondent Blank for reargument of motion for leave to appeal to the Appellate Division denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ DOROTHY LEWIS et al., Appellants, v. BESSIE KAPLAN, Respondent.— Motion to dismiss appeal denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ PAUL LEWIS, by EMMA S. LEWIS, His Guardian ad Litem, Appellant, v. ALEX J. SABATO et al., Respondents. GERALDINE STRANG, an Infant, by Her Guardian ad Litem, GEORGE STRANG, et al., Respondents, v. ALEX J. SABATO Doing Business as PARAMOUNT TAXI COMPANY, et al., Defendants, and PAUL LEWIS, Appellant.— Motions to dismiss appeal denied on condition that appellants be ready to argue or submit the appeal at the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellants' brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Christ and Pette, JJ., concur; Ughetta, J., not voting.

■ MATILDA MAUS, Appellant, v. WILLIAM NISBET et al., Respondents.— Motion to dismiss appeal from order entered February 1, 1960 denied, without costs, and with leave to renew the motion on the argument of the appeal. Motion to dispense with printing and to consolidate appeals granted. The appeals will be heard together on the original papers and on a typewritten brief. The appellant is directed to file five copies of her brief and to serve one copy on the attorney for respondent. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ MICHAEL MCNICHOLS et al., Respondents, v. LESTER WEISS, Appellant. (Action No. 1.) AGNES MCNICHOLS, Respondent, v. LESTER WEISS, Appellant. (Action No. 2.) — Motion to stay trial of Action No. 2, pending appeal, granted on condition that appellant perfect the appeal for the October 1960 Term, beginning October 3, 1960, for which term the appeal is ordered to be placed on the calendar. The record and appellant's brief must be served and filed on or before September 1, 1960. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ SALVATORE MESSINEO, Respondent, v. GEORGE KLETZ, Defendant, and ALEXANDER WESTERMAN et al., Appellants.— Motion for leave to appeal to the Court of Appeals and for other relief denied. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ ALPHONSUS MURTAGH, Appellant, v. JAMES MCGRIFF, Respondent.— Motion to dispense with printing denied, without costs, and without prejudice to a renewal of the motion, if so advised, on papers which will include a showing of merit to the appeal. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.